IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES E. TOLLIVER, #41452**          **PLAINTIFF**

v.          **CIVIL NO. 1:20-cv-203-HSO-JCG**

**"UNKNOWN" HENDERSON, Lt. (Disciplinary Officer)**          **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order Dismissing Plaintiff's Complaint issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**SO ORDERED AND ADJUDGED**, this the 20th day of January, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE